450 A.2d 228

Watson v. Williams, Appellant.

Submitted April 5, 1982. Arthur Matusow, for appellant; Jane Culter Greenspan, Assistant District Attorney, for appellee.

Before HESTER, CAVANAUGH and CIRILLO, JJ.

Order affirmed.